COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 PATRICIA HIGHTOWER,
  
                             Appellant,
  
 v.
  
  
 CITY OF EL PASO, TEXAS,
  
                            
 Appellee.
 
 
 §
  
 §
  
 §
  
 §
  
 §
  
 § 
  
 
 
  
 No. 08-11-00273-CV
  
 Appeal from the
  
 County
 Court at Law No. 6
  
 of El
 Paso County, Texas 
  
 (TC# 2009-4040) 
  
 
 


 

MEMORANDUM  OPINION

Pending before the
Court is the joint motion of Appellant, Patricia Hightower, and Appellee, City
of El Paso, to dismiss this appeal pursuant to Tex.R.App.P. 42.1 because the parties have settled
all matters in controversy.  We grant the
motion and dismiss the appeal with prejudice. 
Pursuant to the parties’ agreement, we assess costs against the party
incurring same.  See Tex.R.App.P. 42.1(d)(absent
agreement of the parties, the court will tax costs against the appellant).

 

 

May 16, 2012

                                                                                    CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ.